1   Susan St. Vincent
2   Yosemite Legal Officer
    NATIONAL PARK SERVICE
3   Legal Office
    P.O. Box 517
4   Yosemite, California 95389
    Telephone: (209) 372-0241
5



FILED

NOV 07 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

6                   UNITED STATES DISTRICT COURT

7                   EASTERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA,          DOCKET NO. 6:15-mj-0071-MJS

10              Plaintiff,

11              v.                      **AFFIDAVIT OF ALLEGED PROBATION
                                        VIOLATION(S)**
12  MARTIN HOPKINS,

13              Defendant.

14

15
        I, Susan St. Vincent, Legal Officer for Yosemite National Park state the following
16
    is true and correct to the best of my knowledge and belief.
17
        I am the legal officer in Yosemite National Park and serve as the prosecutor for
18
    misdemeanor matters arising in the park. I have been so employed for eight years.
19
        In the normal course of my duties I, and other individuals acting in a similar
20
    capacity in my office, regularly conduct probation status reviews for defendants on court
21
    probation with the District Court in Yosemite.
22
        In the normal course of my duties, I learned that defendant Martin HOPKINS has
23
    failed to pay a special assessment and has failed to obtain a driver's license.
24
        As the legal officer, I am aware that Martin HOPKINS, was charged with driving
25
    while his license was suspended for a prior DUI, in violation of Title 36 Code of Federal
26
    Regulations §4.2 and California Vehicle Code §14601.2(a); possessing an open
27
    container in a vehicle, in violation of Title 36 Code of Federal Regulations §4.14(b);
28

                                          1

1  Speeding, in violation of Title 36 Code of Federal Regulations §4.21; and failing to
2  comply with a traffic control device, in violation of Title 36 Code of Federal Regulations
3  §4.12. On December 1, 2015, HOPKINS plead guilty to driving with a license
4  suspended for a prior DUI, and possessing an open container in a vehicle. HOPKINS
5  was sentenced to 24 months of unsupervised probation with the conditions he pay a
6  special assessment of $20, obey all laws, report all new violations of the law to the Court
7  and obtain his driver's license within the probationary period. HOPKINS was further
8  sentenced to 60 days in custody which was suspended for the duration of probation.
9  The government alleges HOPKINS has violated the following condition(s) of his
10 unsupervised probation:

11        CHARGE ONE:      FAILURE TO PAY SPECIAL ASSESSEMENT

12        HOPKINS was ordered to pay a special assessment of $20. To date HOPKINS
13 has paid $0.

14        CHARGE TWO:      FAILURE TO OBTAIN A DRIVER'S LICENSE

15        HOPKINS was ordered to obtain a driver's license within the probationary period.
16 To date HOPKINS has not provided any proof that he obtained a driver's license.

17        I declare under penalty of perjury the information which I have set forth above and
18 on the face of this Affidavit of Alleged Probation(s) is true to the best of my knowledge.

19
20  _____
    Date

21                                          Susan St. Vincent
                                            Legal Officer
22                                          Yosemite National Park, CA

23  Sworn to before me and subscribed in my presence in Yosemite National Park,
24  California.

25
26  _____
    Date
27                                          Honorable Michael J. Seng
                                            U. S. Magistrate Judge
28                                          Eastern District of California

2